**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JERYL MASSEY,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. ___________** |
| | § | **JURY TRIAL DEMANDED** |
| **DOLLAR TREE STORES, INC.,** | § | |
| | § | |
| ***Defendant*.** | § | |

# COUNSEL OF RECORD AND INFORMATION PURSUANT TO 28 U.S.C. § 1446(A)

**(1) A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);**

Plaintiff *Jeryl Massey*

Defendant *Dollar Tree Stores, Inc.*

The removed case is currently pending.

**(2) A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);**

See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit "A***."

**(3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by her;**

***Counsel for Plaintiff***
***Jeryl Massey***

Michael Grinsfelder
State Bar Number: 24080919
Email: e-service@daspitlaw.com
DASPIT LAW FIRM
440 Louisiana, Suite 1400
Houston, Texas 77002
713.322.4878/ F: 713.587.9086

***Counsel for Defendant***
***Dollar Tree Stores, Inc.***

**MAYER LLP**
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
214.349.6900 / F: 214.379.6939

By: *_/s/Robin R. Gant__*
Robin R. Gant
State Bar No. 24069754
E-Mail: rgant@mayerllp.com
Zach T. Mayer
State Bar No. 24013118
E-Mail: zmayer@mayerllp.com
*-and-*
Douglas M. Walla
State Bar No. 20759900
E-Mail: dwalla@mayerllp.com

**MAYER LLP**
2900 North Loop West, Suite 500
Houston, Texas 77092
713.487.2000

**(4) A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number)**; and

- Defendant has requested a trial by jury.

**The name and address of the court from which the case is being removed.**

Harris County District Clerk
152nd Judicial District Court
201 Caroline, 11th Floor
Houston, Texas 77002
832.927.2417